# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DEVIER CONSTRUCTION, INC. | CIVIL ACTION NO. |
| VERSUS | SECTION |
| APAC MISSISSIPPI, INC., ET AL | JUDGE |
| | MAGISTRATE |

## CONSENT TO REMOVAL

NOW INTO COURT, through undersigned counsel, comes APAC MISSISSIPPI, INC., which, while reserving all exceptions, rights and defenses, and appearing for the sole purpose of removal, advise this Court, that APAC-Mississippi, Inc., consents and joins in the Notice of Removal filed by Russell Trucking, Inc., of the above-captioned matter to the United States District Court for the Eastern District of Louisiana.

Respectfully submitted:

LANCE S. OSTENDORF (#10271)
JOHN G. ALSOBROOK (#20080)
OSTENDORF, TATE, BARNETT &
WELLS, LLP
650 Poydras St., Suite 1460
New Orleans, LA 70130
Counsel for APAC MISSSIPPI, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

DEVIER CONSTRUCTION, INC.

VERSUS

APAC MISSISSIPPI, INC., ET AL

CIVIL ACTION NO.

SECTION

JUDGE

MAGISTRATE

## CONSENT TO REMOVAL

NOW INTO COURT, through undersigned representative, comes BARKLEY INSURANCE COMPANY, which, while reserving all exceptions, rights and defenses, and appearing for the sole purpose of removal, hereby consents and joins in the Notice of Removal filed by Russell Trucking, Inc., of the above-captioned matter to the United States District Court for the Eastern District of Louisiana.

Respectfully submitted:

*Brenda Barkley.*

BRENDA BARKLEY
641 Oakleaf Office Ln Ste 1
Memphis, TN 38117-4819
Representative of BARKLEY INSURANCE
COMPANY

1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

DEVIER CONSTRUCTION, INC.

VERSUS

APAC MISSISSIPPI, INC., ET AL

CIVIL ACTION NO.

SECTION

JUDGE

MAGISTRATE

## CONSENT TO REMOVAL

NOW INTO COURT, through undersigned counsel, comes DRU BROMMER, d/b/a DRU'S LAWN CARE., which, while reserving all exceptions, rights and defenses, and appearing for the sole purpose of removal, hereby consents and joins in the Notice of Removal filed by Russell Trucking, Inc., of the above-captioned matter to the United States District Court for the Eastern District of Louisiana.

Respectfully submitted:

THOMAS R. BLUM (Bar # 3170)
SIMON, PERAGINE, SMITH &
REDFEARN LLP
1100 Poydras St., 30th Floor
New Orleans, LA 70163
Counsel for DRU BROMMER

1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DEVIER CONSTRUCTION, INC.                    CIVIL ACTION NO.

VERSUS                                        SECTION

APAC MISSISSIPPI, INC., ET AL                 JUDGE

                                              MAGISTRATE

---

## CONSENT TO REMOVAL

NOW INTO COURT, through undersigned counsel, comes LIBERTY MUTUAL

INSURANCE COMPANY, which, while reserving all exceptions, rights and defenses, and

appearing for the sole purpose of removal, advise this Court, hereby consents and joins in the

Notice of Removal filed by Russell Trucking, Inc., of the above-captioned matter to the United

States District Court for the Eastern District of Louisiana.

Respectfully submitted,

H. Minor Pipes, III, 24603
Susan M. Rogge, 28203
BARRASSO USDIN KUPPERMAN
  FREEMAN & SARVER, L.L.C.
909 Poydras Street, 24th Floor
New Orleans, Louisiana 70112
Telephone: 504/589-9700
*Attorneys for Liberty Mutual Insurance
Company*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

DEVIER CONSTRUCTION, INC.                    CIVIL ACTION NO.

VERSUS                                        SECTION

APAC MISSISSIPPI, INC., ET AL                JUDGE

                                              MAGISTRATE

---

## CONSENT TO REMOVAL

NOW INTO COURT, through undersigned counsel, comes RINEWALT ELECTRIC, L.L.C., which, while reserving all exceptions, rights and defenses, and appearing for the sole purpose of removal, hereby consents and joins in the Notice of Removal filed by Russell Trucking, Inc., of the above-captioned matter to the United States District Court for the Eastern District of Louisiana.

1

Respectfully submitted:

MIKE PFISTER
DUPLASS, ZWAIN, BOURGEOIS,
MORTON, PFISTER, & WEINSTOCK
3838 N. Causeway Blvd., Suite 2900
Metairie, LA  70002
Counsel   for   RINEWALT   ELECTRIC,
L.L.C.

2

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DEVIER CONSTRUCTION, INC. | CIVIL ACTION NO. |
| VERSUS | SECTION |
| APAC MISSISSIPPI, INC., ET AL | JUDGE |
| | MAGISTRATE |

## CONSENT TO REMOVAL

NOW INTO COURT, through undersigned counsel, comes SCOTTSDALE INSURANCE COMPANY, which, while reserving all exceptions, rights and defenses (including but not limited to those arising under any and all policies of insurance issued by Scottsdale), and appearing for the sole purpose of removal, hereby consents and joins in the Notice of Removal filed by Russell Trucking, Inc., of the above-captioned matter to the United States District Court for the Eastern District of Louisiana.

PD.3960267.1

Respectfully submitted,

PHELPS DUNBAR LLP

By: _____

JAY SEVER (Bar No. 23935)
KARL H. SCHMID (Bar No. 25241)
MICAH A. GAUTREAUX (Bar No. 30516)
Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Facsimile: (504) 568-9130 or 9007

**ATTORNEYS FOR DEFENDANT,
SCOTTSDALE INSURANCE COMPANY**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

DEVIER CONSTRUCTION, INC.                    CIVIL ACTION NO.

VERSUS                                       SECTION

APAC MISSISSIPPI, INC., ET AL                JUDGE

                                             MAGISTRATE

## CONSENT TO REMOVAL

NOW INTO COURT, through undersigned counsel, comes SHELTER MUTUAL INSURANCE COMPANY, which, while reserving all exceptions, rights and defenses, and appearing for the sole purpose of removal, hereby consents and joins in the Notice of Removal filed by Russell Trucking, Inc., of the above-captioned matter to the United States District Court for the Eastern District of Louisiana.

Respectfully submitted:

_Thomas R. Blum_

THOMAS R. BLUM (Bar # 3170)
SIMON, PERAGINE, SMITH &
REDFEARN LLP
1100 Poydras St., 30th Floor
New Orleans, LA 70163
Counsel for SHELTER MUTUAL
INSURANCE COMPANY

2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

DEVIER CONSTRUCTION, INC.                    CIVIL ACTION NO.

VERSUS                                       SECTION

APAC MISSISSIPPI, INC., ET AL                JUDGE

                                             MAGISTRATE

---

## CONSENT TO REMOVAL

NOW INTO COURT, through undersigned counsel, comes The Travelers Indemnity Company of America, improperly identified as Travelers Insurance Company, which, while reserving all exceptions, rights and defenses, and appearing for the sole purpose of removal, hereby consents and joins in the Notice of Removal filed by Russell Trucking, Inc., of the above-captioned matter to the United States District Court for the Eastern District of Louisiana.

1

Respectfully submitted:

_____

SETH SCHMEECKLE, La. Bar #27076
RALPH S. HUBBARD, La. Bar #7040
HEATHER SHARP, La. Bar #29987
LUGENBUHL, WHEATON, PECK,
RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Counsel for The Travelers Indemnity
Company of America, improperly identified
as Travelers Insurance Company